**NORTHERN INS. CO. OF NEW YORK**

**v.**

**PERKINS.**

Court of Appeals of Kentucky.

March 5, 1954.

Stoll, Keenon & Park, Lexington, for appellant.

Marion Rider, Frankfort, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Franklin Circuit Court, W. B. Ardery, Judge, in favor of appellee in the amount of $719.14 upon a fire insurance policy.

The evidence in this case establishes that the fire was a "hostile fire" and was within the protection of the policy.

The motion for an appeal is overruled and the judgment is affirmed.